Approved: _____
          SHEB SWETT
          Assistant United States Attorney

Before:   THE HONORABLE JAMES L. COTT
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :    SEALED COMPLAINT
                                       :
     - v. -                            :    Violations of 18 U.S.C.
                                       :    §§ 1542 and 1028A
FNU LNU                                :
     a/k/a "Luis Vazquez,"             :
     a/k/a "Luis Manuel               :    COUNTY OF OFFENSE:
     Vazquez-Matos,"                   :    NEW YORK
                                       :
               Defendant.              :
- - - - - - - - - - - - - - - - - - - X

**16 MAG 7695**

SOUTHERN DISTRICT OF NEW YORK, ss.:

          DANIEL ERICKSON, being duly sworn, deposes and says
that he is a Special Agent with the Diplomatic Security Service
("DSS") of the United States Department of State, and charges as
follows:

                              COUNT ONE
            (False Statement in Application for Passport)

          1.   On or about January 5, 2007, in the Southern
District of New York and elsewhere, FNU LNU, a/k/a "Luis
Vazquez," a/k/a "Luis Manuel Vazquez-Matos," the defendant,
willfully and knowingly did make false statements in an
application for a passport with intent to induce and secure the
issuance of a passport under the authority of the United States,
for his own use, contrary to the laws regulating the issuance of
passports and the rules prescribed pursuant to such laws, to
wit, the defendant submitted a United States passport
application containing false information about his identity,
including a false name, date of birth, social security number,
and New York State learner's permit.

(Title 18, United States Code, Section 1542.)

COUNT TWO
(Aggravated Identity Theft)

2.    On or about January 5, 2007, in the Southern
District of New York and elsewhere, FNU LNU, a/k/a "Luis
Vazquez," a/k/a "Luis Manuel Vazquez-Matos," the defendant,
knowingly did transfer, possess, and use, without lawful
authority, a means of identification of another person, during
and in relation to a felony violation enumerated in Title 18,
United States Code, Section 1028A(c), to wit, the defendant
possessed, used, and transferred the name, social security
number, and date of birth of another person in connection with
his fraudulent passport application, as charged in Count One of
this Complaint.

(Title 18, United States Code, Section 1028A.)

The bases for my knowledge and for the foregoing
charges are, in part, as follows:

3.    I am a Special Agent with the DSS.  I have been
personally involved in the investigation of this matter, and I
base this affidavit on that experience, on my conversations with
other law enforcement officials, and on my examination of
various reports and records.  Because this affidavit is being
submitted for the limited purpose of demonstrating probable
cause, it does not include all the facts I have learned during
the course of my investigation.  Where the contents of documents
and the actions, statements, and conversations of others are
reported herein, they are reported in substance and in part,
except where otherwise indicated.

4.    Through my training and experience as a DSS
agent, I have learned the following about the passport
application process:

a.    To obtain a United States passport, an
individual must submit a passport application with information
such as the applicant's name, date of birth, social security
number, and address.  A photograph of the applicant must be
affixed to the application.

b.    The applicant must appear in person before a
passport acceptance agent.  Before approving any application for
a passport, the passport acceptance agent will require the

applicant to provide photo identification and proof of citizenship, such as a driver's license and birth certificate, and will verify that the applicant appears to be the same person as the person in the photo identification as well as the same person in the photograph affixed to the passport application. The applicant must then sign the application, thereby certifying that the information on the application is true and correct.

           c.    If the application is approved, the applicant will be issued a United States passport.

           5.    Based on my conversations with other law enforcement officers and my review of records maintained by law enforcement, I have learned the following:

           a.    On or about January 5, 2007, an application ("Application-1") for a United States passport was made at the James A. Farley Post Office, 421 Eighth Avenue, New York, NY. Application-1 was made in the name of "Luis Vazquez." Application-1 listed a particular date in 1974 ("Birthdate-1") as the applicant's date of birth and a particular social security number ("Social Security Number-1") as the applicant's social security number. Application-1 also included a particular photograph ("Photograph-1") as a photograph of the applicant. In addition, Application-1 listed the name of an emergency contact ("Emergency Contact-1"). The applicant submitted with Application-1 a New York State learner's permit issued on July 28, 2006 in the name of "Luis M. Vazquez."

           b.    After receiving the materials associated with Application-1, the State Department suspended Application-1 due to inconsistencies in the application materials. The State Department requested additional information from the applicant, but the applicant did not respond. The State Department then stopped processing Application-1.

           c.    On or about August 24, 2015, an individual named Luis Manuel Vazquez Matos ("Victim-1") submitted an application for a United States passport at the Puerto Rico Department of State acceptance facility at Plaza Las Americas in San Juan, Puerto Rico. In his application, Victim-1 listed his birthdate as Birthdate-1 and his social security number as Social Security Number-1. Victim-1 also submitted a number of documents with his application, including a Puerto Rico learner's permit, a Puerto Rico voter identification card, a GED certificate, and a pay stub. Because the application contained

the same information as Application-1, the State Department
placed a hold on the application.

        d.    On or about October 1, 2015, Victim-1 was
voluntarily interviewed by a member of the Fraud Prevention Unit
Staff at the San Juan Passport Agency in connection with his
passport application.  Victim-1 stated that he had previously
been the victim of identity theft fifteen years earlier.  He
also stated that he had never resided outside of Puerto Rico.
Victim-1 also agreed to provide additional identification
documents.

        e.    On or about October 2, 2015, Victim-1
returned to the Puerto Rico Department of State acceptance
facility with additional documents in support of his passport
application.  Victim-1 also participated in a follow-up
interview.  Based on the interviews and the documents provided
by Victim-1, the Department of State concluded that Victim-1 had
proven his identity and issued Victim-1 a passport on October 5,
2015.

        f.    On or about October 19, 2016, special agents
with the DSS (the "DSS Agents") visited the residence of
Emergency Contact-1 to try and locate the whereabouts of the
individual associated with Application-1.  Emergency Contact-1
answered the door and informed the DSS Agents that the
individual lived with her and was in the vicinity.  Fifteen
minutes later, FNU LNU, a/k/a "Luis Vazquez," a/k/a "Luis Manuel
Vazquez-Matos," the defendant, arrived at the apartment and
identified himself as the individual associated with
Application-1.  The DSS Agents told the defendant that they were
conducting an administrative audit of Application-1.  The
defendant provided the DSS Agents with a current Massachusetts
driver's license with the name "Luis Manuel Vazquez-Matos" and a
Puerto Rico birth certificate.  The defendant also stated that
he was still interested in acquiring a U.S. passport.

        g.    The DSS Agents subsequently obtained
information relating to the defendant's Massachusetts driver's
license, including the photograph on the defendant's driver's
license.  Based on my review of Photograph-1 and the photograph
associated with the defendant's Massachusetts driver's license, I
believe that the individual depicted in Photograph-1 is FNU LNU,
a/k/a "Luis Vazquez," a/k/a "Luis Manuel Vazquez-Matos," the
defendant.  Furthermore, based on my review of photographs of
Victim-1, I believe that Victim-1 is not the individual depicted
in Photograph-1 or on the defendant's Massachusetts driver's

4

license.   In other words, it appears that LNU is using Victim-1's
stolen identity.   I have personally spoken with the DSS Agents
and reviewed reports the reports they produced in connection with
this investigation.                       .

       WHEREFORE, deponent respectfully requests that a
warrant be issued for the arrest of FNU LNU, a/k/a "Luis
Vazquez," a/k/a "Luis Manuel Vazquez-Matos," the defendant, and
that he be arrested and imprisoned or bailed, as the case may
be.

DANIEL ERICKSON
Special Agent
Diplomatic Security Service
United States Department of State


Sworn to before me this
15th day of December, 2016

THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK